IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03231-REB-KLM

DEAN CARBAJAL

    Plaintiff,

v.

ANDREW KEEFER, in his individual capacity,

    Defendant.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion for Leave to Take Prisoner Deposition** [#223] (the "Motion"). Defendant seeks an Order allowing him to conduct the deposition of Plaintiff, an incarcerated individual. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), "[a] party must obtain leave of court . . . if the deponent is confined in prison." Plaintiff Dean Carbajal, #110955, is presently incarcerated by the Colorado Department of Corrections at Arkansas Valley Correctional Facility, 12750 Highway 96 at Lane 13, Ordway, CO 81034. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#223] is **GRANTED**.

    IT IS FURTHER **ORDERED** that Defendant may take Plaintiff's deposition with regard to this litigation.

    IT IS FURTHER **ORDERED** that the deposition shall take place at Arkansas Valley Correctional Facility or, if Plaintiff is moved to a different correctional facility subsequent to

this Order, at Plaintiff's new correctional facility.

Dated: July 2, 2014

BY THE COURT:

*[signature]*

Kristen L. Mix
United States Magistrate Judge