# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-03231-REB-KLM

DEAN CARBAJAL,

    Plaintiff,

v.

ANDREW KEEFER, Deputy Sheriff for the Denver Detention Center, in his individual capacity,

    Defendant.

## ORDER

**Blackburn, J.**

    This matter is before me *sua sponte*. This case was filed on December 11, 2012. Although a dispositive motion deadline has been set, the case does not yet have a trial date. Given the age and stage of the case, it is now appropriate to set this matter for trial. I therefore will order the parties to jointly contact the court to set this matter for a combined Final Pretrial Conference and Trial Preparation Conference and trial.[1]

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the court **SHALL CONDUCT** a telephonic setting conference **on Tuesday, October 28, 2014**, at **10:30 a.m. (MDT)** to set this matter for combined Final Pretrial Conference and Trial Preparation Conference and trial; and

    2. That counsel for defendants shall make the arrangements necessary to

---

[1] I note that counsel for defendant Andrew Keefer, Ms. Jessica Runyan Allen, also represents several of the defendants in *Carbajal v. St. Anthony Central Hospital et al.*, Civil Action No. 12-cv-02257-REB-KLM. I also have set a telephonic setting conference in that matter to occur at 10:00 a.m. on the same day as the conference set herein. In the interest of efficiency, if following the conclusion of the setting conference in 12-cv-02257, the court will suggest that Ms. Allen simply remain on the line with plaintiff in order to set this case for trial.

2

convene the conference call with plaintiff prior to contacting chambers (303-335-2350) for the telephonic conference.

    Dated October 6, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge