IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03231-REB-KLM

DEAN CARBAJAL

    Plaintiff,

v.

ANDREW KEEFER, in his individual capacity,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Terminate United States District Court ECF Notifications** [#227] (the "Motion"), filing by counsel for former Defendants Anne Mansfield, Miles Flesche, Keith Criswell, Michael Martinez, and John Suthers.

    IT IS HEREBY **ORDERED** that the Motion [#227] is **GRANTED**. The Clerk of Court is directed to terminate ECF notifications to counsel in this matter for former Defendants Anne Mansfield, Miles Flesche, Keith Criswell, Michael Martinez, and John Suthers.

    Dated: October 8, 2014