IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03231-REB-KLM

DEAN CARBAJAL

    Plaintiff,

v.

ANDREW KEEFER, in his individual capacity,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Terminate ECF Notifications to Counsel for Former Defendant Michael Carrigan** [#230] (the "Motion"), filed by counsel for former Defendant Michael Carrigan.

    IT IS HEREBY **ORDERED** that the Motion [#230] is **GRANTED**. The Clerk of Court is directed to terminate ECF notifications to counsel in this matter for former Defendant Michael Carrigan.

    Dated: October 17, 2014