IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03231-REB-KLM

DEAN CARBAJAL

      Plaintiff,

v.

ANDREW KEEFER, in his individual capacity,

      Defendant.

---

### MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **[Stipulated] Motion for Protective Order** [#233][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#233] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#233-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: October 22, 2014

---

[1] "[#233]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.