IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03231-CMA-KLM

DEAN CARBAJAL

    Plaintiff,

v.

ANDREW KEEFER, in his individual capacity,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the District Judge's **Order** [#252] directing a Final Pretrial Conference to be set in this matter.

    IT IS HEREBY **ORDERED** that a Final Pretrial Conference is set for **January 12, 2016** at **11:00 a.m.** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Plaintiff and his case manager shall contact the court at: **(303) 335-2770** on the above date and time in order to participate.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **January 5, 2016**. The proposed pretrial order shall be submitted to the Magistrate Judge under the ECF Procedures in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*. A copy of this form is attached to this Minute Order. **The parties shall not submit competing proposed final pretrial orders. Defendant is directed to take the lead in drafting the proposed final pretrial order, but must do so only after conferral with Plaintiff.**

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: doc_service_of_process@state.co.us. and shall mail a courtesy copy to the case manager for Plaintiff at his facility.

    Dated: November 12, 2015